Exhibit A to Complaint

(Labor Commissioner v. Dawson)

<table>
<tr><td colspan="2">
STATE OF CALIFORNIA<br>
**Department of Industrial Relations**<br>
**Labor Commissioner's Office**<br>
1515 Clay St Ste 301<br>
Oakland, CA 94612
</td><td rowspan="2">
FOR COURT USE ONLY<br><br>
**ELECTRONICALLY FILED**<br>
Superior Court of California,<br>
County of Alameda<br>
10/18/2024 at 09:18:58 AM<br>
By: Damaree Franklin,<br>
Deputy Clerk
</td></tr>
</table>

| | | |
|---|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>Limited or Unlimited<br>County of Alameda | JUDICIAL DISTRICT | |
| **PLAINTIFF:**<br>LABOR COMMISSIONER, STATE OF CALIFORNIA | | |
| **DEFENDANTS:**<br><br>New Horizons School K-8 Corporation, a California Corporation, each jointly and severally liable; Victor Dawson, an individual dba New Horizon School, each jointly and severally liable | | **No Filing Fee**<br>**Per Labor Code Section 101 et. seq.** |
| | | **COURT NUMBER:**<br>24CV096196 |
| **State Case Number:**<br>35-CM-1017911-24 | **REQUEST THAT CLERK ENTER JUDGMENT AND JUDGMENT**<br>(Labor Code §§ 226.5, 238, 558, 1023, 1197.1, 1289, 2054, 2681, 3726) | |

**REQUEST THAT CLERK ENTER JUDGMENT**

1. ☒  This Citation or Civil Penalty Assessment of the Labor Commissioner has become final.  The clerk is requested to enter judgment immediately in conformity with the accompanying copy of the Citation or Civil Penalty Assessment, which I hereby certify is a true and correct copy of the original.

2. ☐  The Order and Findings of the Labor Commissioner affirming or modifying a Citation or Civil Penalty Assessment has become final.  The clerk is requested to enter judgment immediately in conformity with the accompanying copy of the Order and Findings, which I hereby certify is a true and correct copy of the original.

If this is a Civil Penalty Assessment under Labor Code § 3700, et seq. or an Order and Finding derived therefrom, it is filed by the Labor Commissioner as authorized delegee of the Director of Industrial Relations, Administrator of the Uninsured Employers Fund.

LABOR COMMISSIONER, STATE OF CALIFORNIA

DATED: October 17, 2024                           BY: _____

Jennie Gonzalez, Deputy Labor Commissioner

**JUDGMENT**

A certified copy of a State Labor Commissioner Citation, Civil Penalty Assessment, or Order and Findings affirming or modifying such a Citation or Civil Penalty Assessment has been filed with this Court.  Judgment therefore is entered in the amount stated therein in favor of the State Labor Commissioner and against the defendant named above.

The total judgment amount is: $678,985.42

*I certify this to be a true copy of the judgment entered on* _____ 10/18/2024 _____.

By _____ D. Franklin _____ Deputy Clerk

I hereby certify that the herein document is a full, true, and correct copy of the original document, contained in the files of the Labor Commissioner served on the parties herein.

Executed on the 30th day of AUGUST, 2024 at Bakersfield, CA

LABOR COMMISSIONER

By _____ Deputy

State of California
Department of Industrial Relations
**Labor Commissioner's Office**

**WAGE CITATION**

Case Number: 35-CM-1017911-24          Citation Number: WA 743424

| 1. Date of Issue | 2. Time | 3. Day of Week | 4. License / Registration Number |
|---|---|---|---|
| 06/25/2024 | 12:52 PM | Tuesday | |

**5. Legal Entity**

**New Horizons School K-8 Corporation, a California Corporation; Victor Dawson, an Individual, each jointly and severally liable**

**6. Doing Business As (DBA)**

**New Horizons School**

| 7. Business Address | City | State | Zip |
|---|---|---|---|
| **2875 IRISH MEADOW WAY** | **LATHROP** | **CA** | **95330-8111** |

| 8. Name of Person Served | 9. Title of Person Served |
|---|---|
| **Victor Dawson** | **Agent for service of process** |

**10. Place Served, if different from item 7 above**

**Served via email pursuant to consent to receive electronic service at: nhsdawson@gmail.com**

**11. Location of Violation, if different from item 7 above**

**37053 CHERRY ST, NEWARK, CA 94560-3776**

| 12. Date/Period of Violation for Civil Penalty Assessment | 13. Date/Period of Wage, Premium, or Damages Unpaid |
|---|---|
| **6/26/2023 - 6/25/2024** | **4/23/2023 - 5/10/2024** |

**14. VIOLATION AND CIVIL PENALTY** (See attached for details on applicable L.C. and/or IWC Section)

The investigation revealed the following violation(s) of California Labor Code Section(s) (L.C.) and/or Industrial Welfare Commission Order (IWC) and Section(s).

| Violation of Labor Code or IWC Order Section(s) | Description | Penalty Section | Total Penalty Assessed | Interest Assessed | Total Wage/ Damage/ Premium Assessed |
|---|---|---|---|---|---|
| **A  LC 1197**<br>Calculation: Penalty assessment of $100 X number of pay periods employees were underpaid 170. Number of employees impacted: 25 | **Violation of Minimum Wage Provision** | LC 1197.1 | $17,000.00 | $8,587.11 | $183,815.94 |
| **B  LC 510 or LC 511 or IWC Order, Section 3**<br>Calculation: Penalty assessment of $50 X number of pay periods employees were underpaid 8. Number of employees impacted: 5 | **Violation of Overtime Provision** | LC 558(a) | $400.00 | $41.51 | $861.34 |
| **C  IWC Orders Section 4(c)**<br>Calculation: Penalty assessment of $100 X number of pay periods employees were underpaid 3. Number of employees impacted: 1 | **Violation of Split Shift Premium Pay** | LC 1197.1 | $300.00 | $1.33 | $42.46 |
| **D  LC 1194.2**<br>Calculation: Total Liquidated Damages assessed for 25 employees. | **Liquidated Damages** | | $0.00 | $0.00 | $192,449.83 |
| **E  LC 226(a)**<br>Calculation: Penalty Assessment of $250 X number of violations 318. | **Violation of itemized wage statement provision** | LC 226.3 | $79,500.00 | $0.00 | $0.00 |
| **F  LC 226(e)(1)**<br>Calculation: Damage assessment based on 29 employees. | **Failure of employer to comply with itemized statement provision** | | $0.00 | $0.00 | $40,300.00 |
| **G  LC 203**<br>Calculation: Total Waiting Time Penalties assessed for 25 employees. | **Waiting Time Penalties** | | $0.00 | $0.00 | $155,685.90 |
| | **Total Civil Penalty Amount Assessed:** | | $97,200.00 | | |
| | **Total Interest to Employees:** | | | $8,629.95 | |

BOFE 240B (Revised 6/2013)                                    1

| Total Due to Employees: | $573,155.47 |
|---|---|
| **GRAND TOTAL = $97,200.00 + $8,629.95 + $573,155.47 = $678,985.42** | |

| 15. You may appeal by requesting in writing a hearing on this Wage and Penalty Assessment within the time limit as shown on the next page. | |
|---|---|
| 16. Issued by (Name) <br> **Sylvia Cunningham** | 17. Title <br> **Deputy Labor Commissioner** <br> Authorized Delegee of the Director of Industrial Relations |
| 18. District Office Address <br> **1515 Clay St, Ste 301, Oakland, CA 94612** | |
| 19. Telephone <br> **415-792-2003** | Fax Number |
| 20. Service <br> **Personal Service** | |

I hereby certify that the herein document is a
full, true, and correct copy of the original
document, contained in the files of the Labor
Commissioner served on the parties herein.

Executed on the __30th__
day of __AUGUST__, 20__24__
at __BAKERSFIELD__, CA

STATE LABOR COMMISSIONER

By _____
Deputy

I hereby certify that the herein document is a full, true, and correct copy of the original document, contained in the files of the Labor Commissioner served on the parties herein.

Executed on the 30th day of August, 2024 at Bakersfield, CA

STATE LABOR COMMISSIONER

By

State of California
Department of Industrial Relations
**Labor Commissioner's Office**

## APPEAL RIGHTS

If a person desires to contest a citation or proposed assessment of civil penalty in its entirety or any specific part(s), he or she shall **WITHIN 15 BUSINESS DAYS** after service of the citation, notify (in writing) the office of the Labor Commissioner which appears on box 18 of the citation of his or her request for an informal hearing. The request for informal hearing **must be received** at the office of the Labor Commissioner by the appeal deadline indicated on box 15 of the citation. The Labor Commissioner or his or her deputy or agent shall, within **30** days of receipt of the petition objecting to the citation, hold a hearing at the conclusion of which the citation or proposed assessment of a civil penalty shall be affirmed, modified, or dismissed.

The decision of the Labor Commissioner shall consist of a notice of findings, findings and order which shall be served on all parties to the hearing within **15** days after the hearing by regular first-class mail at the last known address of the party on file with the Labor Commissioner. Service shall be completed pursuant to Section 1013 of the Code of Civil Procedure. Any amount found due by the Labor Commissioner as a result of a hearing shall become due and payable **45** days after notice of the findings and written findings and order have been mailed to the party assessed. A writ of mandate may be taken from this finding to the appropriate superior court, as long as the party agrees to pay any judgment and costs ultimately rendered by the court against the party for the assessment. The writ shall be taken within **45** days of service of the notice of findings, findings, and order thereon. Failure to file a writ of mandate within the **45** day period will result in the entry of a judgment in the appropriate superior court in the amount shown on the order.

If no petition objecting to the citation is filed with the Labor Commissioner as outlined above, a certified copy of the citation may be filed by the Labor Commissioner in the office of the appropriate superior court and the clerk of that court shall enter judgment against the person assessed in the amount shown on the citation or proposed assessment of civil penalty.

Citation hearings are governed by Chapter 4.5 of the Administrative Procedures Act commencing at Government Code §11400, with the exception of Articles 10, 15 & 16.

## PREJUDGMENT INTEREST

Employees are entitled to recover prejudgment interest at the rate of 10% per annum on wages from the date the wages were due until paid. (C.C. §3289; L.C. §218.6) Interest continues to accrue until wages are paid and the amounts assessed on this citation are only inclusive to the date the citation was issued. Additional interest may be added prior to entry of any judgment, and such a judgment will accrue interest at the rate of 10% per annum until paid.

A person to whom a citation has been issued shall, in lieu of contesting the citation as outlined above, transmit to the office of the Labor Commissioner as indicated on the right, the amount specified for the violation(s) with a copy of this citation within 15 business days after the issuance of the citation.

**Payment(s) shall be sent to:**

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**Bureau of Field Enforcement Cashiering Unit**
**2031 Howe Ave., Suite 100**
**Sacramento, CA 95825**

## LABOR CODES AND INDUSTRIAL WELFARE COMMISSION ORDERS(S) AND SECTION(S)

**LC 1197** — Employer is required to pay employee wages for all hours worked at a rate of no less than the California State mandated minimum rate.

**LC 510 or LC 511 or IWC Order, Section 3** — Employer is required to pay employee the proper California State mandated daily or weekly overtime wages.

**IWC Orders Section 4(c)** — Employee is entitled to one-hour minimum wage for working two shifts in a single workday in addition to minimum wages for that day.

**LC 1194.2** — Employee is entitled to recover liquidated damages equal to minimum wages unlawfully unpaid and interest.

**LC 226(a)** — Employer failed to provide employee a detachable itemized wage statement semimonthly or on each pay date, containing complete and accurate information.

State of California
Department of Industrial Relations
**Labor Commissioner's Office**

**LC 226(e)(1)**     An employee suffering injury as a result of a knowing and intentional failure by an employer to comply with subdivision (a) is entitled to recover the greater of all actual damages or fifty dollars ($50) for the initial pay period in which a violation occurs and one hundred dollars ($100) per employee for each violation in a subsequent pay period, not to exceed an aggregate penalty of four thousand dollars ($4,000), and is entitled to an award of costs and reasonable attorney's fees.

**LC 203**     Employer is required to pay waiting time penalty for failure to pay an employee's final wages in a timely manner as required by Labor Code section 201 and 202.

I hereby certify that the herein document is a full, true, and correct copy of the original document, contained in the files of the Labor Commissioner served on the parties herein.

Executed on the ___30th___ day of ___August___, 20 24 at ___Bakersfield___, CA

STATE LABOR COMMISSIONER

By _____
                    Deputy

**CERTIFICATION OF PERSONAL SERVICE**

I, Sylvia Cunningham, do hereby certify and declare that I am a resident or employed in the county of __Alameda__ , over 18 years of age, not a party to the within action, and that I am employed at and my business address is:

DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT
1515 Clay Street, Suite 1622
Oakland CA 94612

On __June 25__ , 20 __24__ , at __2:00__ PM  I personally delivered

to and served upon (name) :  **Victor Dawson, an individual and as Agent for Service of Process on behalf of New Horizons School K-8 Corporation, a California corporation**

at (address) :  **Served via email pursuant to consent to receive electronic service at: nhsdawson@gmail.com**

a true and correct copy of the attached  **Citation Packet for Citation WA 743424**

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  **June 25, 2024**

at  __Oakland__ , California

Signed: _Sylvia Cunningham_

Sylvia Cunningham  /s/
**Deputy Labor Commissioner I**

I hereby certify that the herein document is a full, true, and correct copy of the original document, contained in the files of the Labor Commissioner served on the parties herein.

Executed on the __30TH__
day of __AUGST__ , __2024__
at __BAKERSFIELD__ , CA
STATE LABOR COMMISSIONER
By _____ Deputy

**DLSE 544**