Exhibit D to Complaint

(Labor Commissioner v. Dawson)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

PEOPLE OF THE STATE OF CALIFORNIA

v.

**VICTOR DAWSON**

Defendant(s)

NO. **26-CR-000658**

COMPLAINT

PFN:BON207        CEN:6328370



FILED
ALAMEDA COUNTY
1/16/2026 1:25:48 PM
CLERK OF THE SUPERIOR COURT
BY _M. Haynes_
1/16/2026 2:16:54 PM
DEPUTY

The undersigned, being sworn says, on information and belief, that Victor Dawson did, in the County of Alameda, on or about **October 15, 2023 through May 10, 2024**, commit a FELONY, to wit: THEFT OF WAGES FROM EMPLOYEES, a violation of section 487m of the PENAL CODE of California, in that said defendant(s) did unlawfully deprive wages, gratuities, and benefits from two or more employees, namely Abdulhadi Rafi; Sicirri Ureno de Garcia; Tajuddina Ali; Angela L Eggleston; Sharifa M. Basher; Anne K. Tracey; Maile K Collins; Renee Miller; Nathan Dang; Martina Pratt; Sashirekha Raghavendran; Nimisha Mishra; Jocelyn M. Delsavio; Tawanna Dawson; Shelby R Roth; Brenae C Crockett; Neetu R. Joshi; Emilia Caisip Derama; Maria Salas-Villa; Hanes C Niyat; Vandana Bhatt; Wesley Eggleston; Julie Rice; Maliyah Agustin; Jan Marzan-Edmonson; Calvin Johnson; Santa M Johnson  Jackie Ignacio; and Brenda Yadhira Mercado in an amount greater than two thousand three hundred fifty dollars ($2350) in aggregate" during a consecutive 12-month period.

### PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

### GREAT MONETARY VALUE - 4.421(A)(9) AS TO DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

### DEFENDANT IN POSITION OF TRUST - 4.421(A)(11) AS TO DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(11) and Penal Code section 1170(b), that defendant(s) took advantage of a position of trust or confidence to commit the offense.

### SPECIAL ALLEGATION-AGGRAVATED WHITE COLLAR CRIME AS TO DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to Penal Code 186.11(a), that the offenses set forth in counts ONE, TWO, THREE, FOUR, FIVE, SIX, SEVEN, EIGHT, AND NINE are related felonies, a material element of which is fraud and embezzlement, which involve a pattern of related felony conduct, and the pattern of related felony conduct involves the taking of and results in the loss by another of more than five hundred thousand dollars ($500,000). NOTICE OF PRISON ELIGIBILITY: If an enhancement pursuant to this allegation is imposed, an executed sentence for a felony punishable pursuant to this subdivision shall be served in state prison as provided in Penal Code section 1170(h)(3).

### SECOND COUNT

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **January 01, 2023 through May 10, 2024**, commit a FELONY, to wit: EMBEZZLEMENT OVER TIME, a violation of section 503 of the PENAL CODE of California, in that said defendant(s) on and between January 1, 2023 and May 10, 2024, did fraudulently appropriate money and personal property entrusted to him by TAJUDDINA ALI, ANGELA L EGGLESTON, WESLEY EGGLESTON, SANTA M JOHNSON, BRENAE C CROCKETT, AND MARIA SALAS-VILLA. It is further alleged that the value of said property exceeded nine hundred fifty dollars ($950).

## PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

## GREAT MONETARY VALUE - 4.421(A)(9) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

## DEFENDANT IN POSITION OF TRUST - 4.421(A)(11) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(11) and Penal Code section 1170(b), that defendant(s) took advantage of a position of trust or confidence to commit the offense.

## THIRD COUNT

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **October 17, 2023**, commit a FELONY, to wit: INSUFFICIENT FUNDS CHECK OVER $950, a violation of section 476a of the PENAL CODE of California, in that said defendant(s) did unlawfully and fraudulently make, draw, utter, and deliver to AYSE KAYA a check and draft for the payment of money in the sum of FORTY-NINE THOUSAND NINE HUNDRED SEVENTY Dollars ($ 49,970), drawn upon a bank, to wit, PNC BANK, a corporation, knowing at the time of such making, drawing, uttering, and delivering, that he had not sufficient funds in, and credit with, said bank to meet the said check and draft and all other checks, drafts, and orders upon such funds then outstanding in full upon its presentation for payment; the said defendant at all of said times having the intent to cheat and defraud BMO Bank and Only 3 of US, LLC.

## PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

## GREAT MONETARY VALUE - 4.421(A)(9) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

## DEFENDANT IN POSITION OF TRUST - 4.421(A)(11) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(11) and Penal Code section 1170(b), that defendant(s) took advantage of a position of trust or confidence to commit the offense.

## FOURTH COUNT

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **October 26, 2023**, commit a FELONY, to wit: INSUFFICIENT FUNDS CHECK OVER $950, a violation of section 476a of the PENAL CODE of California, in that said defendant(s) did unlawfully and fraudulently make, draw, utter, and deliver to AYSE KAYA a check and draft for the payment of money in the sum of FORTY-NINE THOUSAND NINE HUNDRED SEVENTY Dollars ($ 49,970), drawn upon a bank, to wit, PNC BANK, a corporation, knowing at the time of such making, drawing, uttering, and delivering, that he/she had not sufficient funds in, and credit with, said bank to meet the said check and draft and all other checks, drafts, and orders upon such funds then outstanding in full upon its presentation for payment; the said defendant at all of said times having the intent to cheat and defraud BMO Bank and Only 3 of US, LLC..

## PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

## GREAT MONETARY VALUE - 4.421(A)(9) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

## DEFENDANT IN POSITION OF TRUST - 4.421(A)(11) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(11) and Penal Code section 1170(b), that defendant(s) took advantage of a position of trust or confidence to commit the offense.

## FIFTH COUNT

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **October 01, 2023 through November 01, 2023**, commit a FELONY, to wit: THEFT OF WAGES FROM EMPLOYEES, a violation of section 487m of the PENAL CODE of California, in that said defendant(s) did unlawfully deprive wages, gratuities, and benefits from two or more employees, namely Carol Keiko Abe; Francis Acosta Aljentera; Carolyn Brent; Divine Grace Diaz; Ashley Hernandez; Pelin Lamarche; William D Lamarche; Angela Morones; Maria Morones; Nature Obazee; Ana M. Obeso Garcia; Terry L Remien; Richard Silvera; Veronica P Torres; Mytzi Lizbeth Perez Villalobos; Teresa Villalobos Ruvalcaba; and Marjan Wadan in an amount greater than two thousand three hundred fifty dollars ($2350) in aggregate" during a consecutive 12-month period.

## PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

## GREAT MONETARY VALUE - 4.421(A)(9) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

## DEFENDANT IN POSITION OF TRUST - 4.421(A)(11) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(11) and Penal Code section 1170(b), that defendant(s) took advantage of a position of trust or confidence to commit the offense.

## SIXTH COUNT

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **August 01, 2023 through October 31, 2023**, commit a FELONY, to wit: OBTAINING MONEY, LABOR OR PROPERTY BY FALSE PRETENSES-OVER $950, a violation of section 532(a) of the PENAL CODE of California, in that said defendant(s) did unlawfully, knowingly, designedly and fraudulently get possession of money and property, and obtain labor and service of another in violation of this section and in an amount valued at greater than nine hundred fifty dollars ($950).

## PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

## GREAT MONETARY VALUE - 4.421(A)(9) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

## DEFENDANT IN POSITION OF TRUST - 4.421(A)(11) AS TO
## DEFENDANT VICTOR DAWSON

It is further alleged, pursuant to California Rules of Court 4.421(a)(11) and Penal Code section 1170(b), that defendant(s) took advantage of a position of trust or confidence to commit the offense.

<h2 align="center">SEVENTH COUNT</h2>

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **July 24, 2023 through May 10, 2024**, commit a FELONY, to wit: ACTING TO EVADE UI TAX, a violation of section 2117.5 of the UNEMPLOYMENT INSURANCE CODE of California, in that said defendant(s) did then and there, within the time required by the Unemployment Insurance Code of California, willfully fail to file a return and report and to supply information, with the intent to evade any tax imposed by such code, and willfully and with like intent, did make, render, sign, and verify a false or fraudulent return, report, and statement and did supply false and fraudulent information.

<h3 align="center">PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO<br>DEFENDANT VICTOR DAWSON</h3>

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

<h3 align="center">GREAT MONETARY VALUE - 4.421(A)(9) AS TO<br>DEFENDANT VICTOR DAWSON</h3>

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

<h2 align="center">EIGHTH COUNT</h2>

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **July 24, 2023 through May 10, 2024**, commit a MISDEMEANOR, to wit: FAILURE TO FILE UNEMPLOYMENT INSURANCE REPORT, a violation of section 2117 of the UNEMPLOYMENT INSURANCE CODE of California, in that said defendant(s) did unlawfully fail to file a return and report, and fail to supply information required by the Unemployment Insurance Code.

<h2 align="center">NINTH COUNT</h2>

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **July 24, 2023 through May 10, 2024**, commit a FELONY, to wit: FAILURE TO COLLECT OR PAY OVER UI TAX, a violation of section 2118.5 of the UNEMPLOYMENT INSURANCE CODE of California, in that said defendant(s) although required by the Unemployment Insurance Code to collect, account for, and pay over any tax or amount required to be withheld, did then and there willfully fail to collect and truthfully account for and pay over such tax or amount.

<h3 align="center">PLANNING AND SOPHISTICATION OF CRIME - 4.421(A)(8) AS TO<br>DEFENDANT VICTOR DAWSON</h3>

It is further alleged, pursuant to California Rules of Court 4.421(a)(8) and Penal Code section 1170(b), that the manner in which the crime was carried out indicates planning, sophistication, or professionalism.

<h3 align="center">GREAT MONETARY VALUE - 4.421(A)(9) AS TO<br>DEFENDANT VICTOR DAWSON</h3>

It is further alleged, pursuant to California Rules of Court 4.421(a)(9) and Penal Code section 1170(b), that the crime involved an attempted or actual taking or damage of great monetary value.

<h2 align="center">TENTH COUNT</h2>

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **January 15, 2026**, commit a MISDEMEANOR, to wit: FAILURE TO PAY FINAL COURT JUDGMENT, a violation of section 1197.2(a) of the LABOR CODE of California, in that said defendant(s) did, as an employer with the ability to pay, willfully fail to pay a final court order issued by the Labor Commissioner for all wages due to Nathan Dang; Nimisha Mishra; Sharifa M. Basher; Abdulhadi Rafi; Tajuddina Ali; Shelby R Roth; Jan Marzan-Edmonson; Renee Miller; Angela L Eggleston; Wesley Eggleston; Santa M Johnson; Brenae C Crockett; Maria Salas-Villa; Sicirri Ureno de Garcia, employees who have been discharged within 90 days of the date that the order became final.

# ELEVENTH COUNT

The undersigned further deposes and says on information and belief, that said Victor Dawson did, in the County of Alameda, on or about **January 15, 2026**, commit a MISDEMEANOR, to wit: DISOBEYING COURT ORDER, a violation of section 166(a)(4) of the PENAL CODE of California, in that said defendant(s) did unlawfully commit contempt of court by willful disobedience of a process and order lawfully issued by a court.

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Subscribed and sworn to before me,
Friday, January 16, 2026

This document was filed electronically in compliance with Penal Code section 959.1

BENJAMIN SINOFF
DISTRICT ATTORNEY
State Bar #337724
Alameda County, California

DA 25FWT0115