Exhibit C to Complaint

(Labor Commissioner v. Dawson)

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
08/28/2024 at 01:28:23 PM
By: Damaree Franklin,
Deputy Clerk

**STATE OF CALIFORNIA**
**Department of Industrial Relations**
**Labor Commissioner's Office**
1515 Clay St Ste 301
Oakland, CA 94612

SUPERIOR COURT OF THE STATE OF CALIFORNIA
Limited or Unlimited
County of Alameda                                    JUDICIAL DISTRICT

**PLAINTIFF:**
LABOR COMMISSIONER, STATE OF CALIFORNIA

**DEFENDANTS:**

New Horizons School K-8 Corporation, a California Corporation, DBA New Horizons School

**No Filing Fee**
**Per Labor Code Section 101 et. seq.**

**COURT NUMBER:**
24CV089435

| State Case Number:<br>35-CM-1017911-24 | REQUEST THAT CLERK ENTER JUDGMENT AND JUDGMENT<br>(Labor Code §§ 226.5, 238, 558, 1023, 1197.1, 1289, 2054, 2681, 3726) |
|---|---|

### REQUEST THAT CLERK ENTER JUDGMENT

1. ☒ This Citation or Civil Penalty Assessment of the Labor Commissioner has become final. The clerk is requested to enter judgment immediately in conformity with the accompanying copy of the Citation or Civil Penalty Assessment, which I hereby certify is a true and correct copy of the original.

2. ☐ The Order and Findings of the Labor Commissioner affirming or modifying a Citation or Civil Penalty Assessment has become final. The clerk is requested to enter judgment immediately in conformity with the accompanying copy of the Order and Findings, which I hereby certify is a true and correct copy of the original.

If this is a Civil Penalty Assessment under Labor Code § 3700, et seq. or an Order and Finding derived therefrom, it is filed by the Labor Commissioner as authorized delegee of the Director of Industrial Relations, Administrator of the Uninsured Employers Fund.

LABOR COMMISSIONER, STATE OF CALIFORNIA

DATED: August 27, 2024                    BY: _____
                                            Jennie Gonzalez, Deputy Labor Commissioner III

### JUDGMENT

A certified copy of a State Labor Commissioner Citation, Civil Penalty Assessment, or Order and Findings affirming or modifying such a Citation or Civil Penalty Assessment has been filed with this Court. Judgment therefore is entered in the amount stated therein in favor of the State Labor Commissioner and against the defendant named above.

The total judgment amount is: $113,788.36

*I certify this to be a true copy of the judgment entered on* _____08/28/2024_____ .

By _____D. Franklin_____ Deputy Clerk

JEU NO: J-92941 WA 743414

JEU 82 (Rev. 07/23) Request that Clerk Enter Judgment and Judgment

State of California
Department of Industrial Relations
**Labor Commissioner's Office**

**WAGE CITATION**  Case Number: 35-CM-1017911-24  Citation Number: WA 743414

| 1. Date of Issue **06/25/2024** | 2. Time **12:20 PM** | 3. Day of Week **Tuesday** | 4. License / Registration Number |
|---|---|---|---|

5. Legal Entity
**New Horizons School K-8 Corporation, a California Corporation**

6. Doing Business As (DBA)
**New Horizons School**

| 7. Business Address **2875 IRISH MEADOW WAY** | City **LATHROP** | State **CA** | Zip **95330-8111** |
|---|---|---|---|

| 8. Name of Person Served **Victor Dawson** | 9. Title of Person Served **Agent for service of process** |
|---|---|

10. Place Served, if different from item 7 above
**Served via email pursuant to consent to receive electronic service at: nhsdawson@gmail.com**

11. Location of Violation, if different from item 7 above
**37053 CHERRY ST, NEWARK, CA 94560-3776**

| 12. Date/Period of Violation for Civil Penalty Assessment **6/26/2023 - 6/25/2024** | 13. Date/Period of Wage, Premium, or Damages Unpaid **4/23/2023 - 5/10/2024** |
|---|---|

14. **VIOLATION AND CIVIL PENALTY** (See attached for details on applicable L.C. and/or IWC Section)
The investigation revealed the following violation(s) of California Labor Code Section(s) (L.C.) and/or Industrial Welfare Commission Order (IWC) and Section(s).

| Violation of Labor Code or IWC Order Section(s) | Description | Penalty Section | Total Penalty Assessed | Interest Assessed | Total Wage/ Damage/ Premium Assessed |
|---|---|---|---|---|---|
| A LC 246(i) - LC 248.5(b)(3) PSL<br><br>Calculation: | LC 246(i) - LC 248.5(b)(3) - Failure to provide notice of paid sick leave on itemized wage statement or other writing | LC 248.5(b)(3) | $0.00 | $0.00 | $82,850.00 |
| B LC 204<br><br>Calculation: Calculation $200 x Number of pay periods (147) + 25% of unpaid wages (1538.36). Number of Employees: 29 | **Violation of Payment of Wage Provision** | LC 210 | $30,938.36 | $0.00 | $0.00 |

| | | Total Civil Penalty Amount Assessed: | $30,938.36 | | |
|---|---|---|---|---|---|
| | | Total Interest to Employees: | | $0.00 | |
| | | Total Due to Employees: | | | $82,850.00 |
| | | GRAND TOTAL = $30,938.36 + $0.00 + $82,850.00 = $113,788.36 | | | |

15. You may appeal by requesting in writing a hearing on this Wage and Penalty Assessment within the time limit as shown on the next page.

| 16. Issued by (Name) **Sylvia Cunningham** | 17. Title **Deputy Labor Commissioner** Authorized Delegee of the Director of Industrial Relations |
|---|---|

18. District Office Address
**1515 Clay St, Ste 301, Oakland, CA 94612**

| 19. Telephone **415-792-2003** | Fax Number |
|---|---|

20. Service
**Personal Service**

BOFE 240B (Revised 6/2013)    1

I hereby certify that the herein document is a full, true, and correct copy of the original document, contained in the files of the Labor Commissioner served on the parties herein.

Executed on the 27th day of AUGUST, 2024 at BAKERSFIELD, CA

STATE LABOR COMMISSIONER

By _____ Deputy

## APPEAL RIGHTS

If a person desires to contest a citation or proposed assessment of civil penalty in its entirety or any specific part(s), he or she shall **WITHIN 15 BUSINESS DAYS** after service of the citation, notify (in writing) the office of the Labor Commissioner which appears on box 18 of the citation of his or her request for an informal hearing. The request for informal hearing **must be received** at the office of the Labor Commissioner by the appeal deadline indicated on box 15 of the citation. The Labor Commissioner or his or her deputy or agent shall, within **30** days of receipt of the petition objecting to the citation, hold a hearing at the conclusion of which the citation or proposed assessment of a civil penalty shall be affirmed, modified, or dismissed.

The decision of the Labor Commissioner shall consist of a notice of findings, findings and order which shall be served on all parties to the hearing within **15** days after the hearing by regular first-class mail at the last known address of the party on file with the Labor Commissioner. Service shall be completed pursuant to Section 1013 of the Code of Civil Procedure. Any amount found due by the Labor Commissioner as a result of a hearing shall become due and payable **45** days after notice of the findings and written findings and order have been mailed to the party assessed. A writ of mandate may be taken from this finding to the appropriate superior court, as long as the party agrees to pay any judgment and costs ultimately rendered by the court against the party for the assessment. The writ shall be taken within **45** days of service of the notice of findings, findings, and order thereon. Failure to file a writ of mandate within the **45** day period will result in the entry of a judgment in the appropriate superior court in the amount shown on the order.

If no petition objecting to the citation is filed with the Labor Commissioner as outlined above, a certified copy of the citation may be filed by the Labor Commissioner in the office of the appropriate superior court and the clerk of that court shall enter judgment against the person assessed in the amount shown on the citation or proposed assessment of civil penalty.

Citation hearings are governed by Chapter 4.5 of the Administrative Procedures Act commencing at Government Code §11400, with the exception of Articles 10, 15 & 16.

## PREJUDGMENT INTEREST

Employees are entitled to recover prejudgment interest at the rate of 10% per annum on wages from the date the wages were due until paid. (C.C. §3289; L.C. §218.6) Interest continues to accrue until wages are paid and the amounts assessed on this citation are only inclusive to the date the citation was issued. Additional interest may be added prior to entry of any judgment, and such a judgment will accrue interest at the rate of 10% per annum until paid.

A person to whom a citation has been issued shall, in lieu of contesting the citation as outlined above, transmit to the office of the Labor Commissioner as indicated on the right, the amount specified for the violation(s) with a copy of this citation within 15 business days after the issuance of the citation.

**Payment(s) shall be sent to:**

**State of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**Bureau of Field Enforcement Cashiering Unit**
**2031 Howe Ave., Suite 100**
**Sacramento, CA 95825**

## LABOR CODES AND INDUSTRIAL WELFARE COMMISSION ORDERS(S) AND SECTION(S)

| | |
|---|---|
| **LC 246(i) - LC 248.5(b)(3) PSL** | An employer shall provide an employee with written notice that sets forth the amount of paid sick leave available, or paid time off leave an employer provides in lieu of sick leave, for use on either the employee's itemized wage statement described in Section 226 or in a separate writing provided on the designated pay date with the employee's payment of wages. If an employer provides unlimited paid sick leave or unlimited paid time off to an employee, the employer may satisfy this section by indicating on the notice or the employee's itemized wage statement is unlimited. The penalties described in this article for a violation of this subdivision shall be in lieu of the penalties for a violation of Section 226. |
| **LC 204** | LC 210 Violation of wage payment provision regarding payment of wages, provided in Sections 204. |

I hereby certify that the herein document is a full, true, and correct copy of the original document, contained in the files of the Labor Commissioner served on the parties herein.

Executed on the ___27TH___ day of ___AUGUST___, 20_24_ at ___BAKERSFIELD___, CA

STATE LABOR COMMISSIONER

By _____
Deputy

**CERTIFICATION OF PERSONAL SERVICE**

I, Sylvia Cunningham, do hereby certify and declare that I am a resident or employed in the county of **Alameda**, over 18 years of age, not a party to the within action, and that I am employed at and my business address is:

DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT
1515 Clay Street, Suite 1622
Oakland CA 94612

On **June 25**, 20 **24**, at **2:00** PM        I personally delivered

to and served upon (name) :        **Victor Dawson
Agent for Service of Process on behalf of New
Horizons School K-8 Corporation, a California
corporation**

at (address) :        **Served via email pursuant to consent to receive electronic service
at: nhsdawson@gmail.com**

a true and correct copy of the attached        **Citation Packet for Citation WA 743414**

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on        **June 25, 2024**

at **Oakland**, California

Signed: *Sylvia Cunningham*

Sylvia Cunningham  /s/
**Deputy Labor Commissioner I**

I hereby certify that the herein document is a
full, true, and correct copy of the original
document, contained in the files of the Labor
Commissioner served on the parties herein.

Executed on the **27th**
day of **AUGUST**, 20**24**
at **BAKERSFIELD**, CA
STATE LABOR COMMISSIONER
By

**DLSE 544**