Matthew Sirolly, SBN 239984
Palyn Hung, SBN 299245
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 W. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No. (213) 897-1511
Facsimile No. (213) 897-2877
E-mail: msirolly@dir.ca.gov

Attorney for Plaintiff,
LABOR COMMISSIONER,
STATE OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VICTOR LAMONT DAWSON AND MARY DEMETRIA DAWSON,<br><br>Debtors.<br><br>———————————————<br><br>LABOR COMMISSIONER OF THE STATE OF CALIFORNIA,<br><br>Creditor/Plaintiff,<br><br>v.<br><br>VICTOR LAMONT DAWSON<br><br>Debtor/Defendant. | Case No. 26-BK-20288<br><br>Chapter: 7<br><br>Adversary No. 26-02038<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY**<br><br>**Status Conference:** June 23, 2026, 11:00 a.m.<br><br>**Trial Date:** Not Yet Set<br><br>**Judge**: Hon. Christopher D. Jaime |

Plaintiff Labor Commissioner of the State of California (hereinafter "Labor Commissioner"), by and through her undersigned attorney, and Defendant and Debtor Victor Lamont Dawson (hereinafter "Defendant") hereby agree and stipulate as follows:

//

## RECITALS

A. On April 28, 2026, the Labor Commissioner filed an adversary proceeding complaint against Defendant seeking a determination that certain debts owed to the Labor Commissioner are nondischargeable under section 523 of the Bankruptcy Code.

B. The summons and complaint were served on Defendant on May 4, 2026.

C. On May 28, 2026, Defendant/Debtor requested a 30-day extension of time to respond, stating that he was seeking counsel to represent him in this matter.

D. The parties have not previously agreed to an extension of time for filing a response.

## STIPULATION

1. As provided by Local Rule 7012-1 the parties stipulate to a 30-day extension of time for the Defendant to file a response to the Labor Commissioner's complaint in this matter.

2. No later than June 28, 2026, Defendant shall file a response to the Plaintiff's complaint with the Court and serve this response on Plaintiff's Counsel.

STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT

DATED: 5/29/2026

By: Matthew Sirolly
Attorney for Plaintiff-Creditor, Labor Commissioner of the State of California

DATED: 5/29/2026

Victor Lamont Dawson,
Defendant and Debtor

Stipulation to Extend Time to Respond to Complaint
*Labor Commissioner v. Victor Lamont Dawson (In re Dawson)*